IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY DEAN MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. CV05-237-C-EJL |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| OLIVIA CRAVEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On April 24, 2006, the Court entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED: **April 24, 2006**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT -1**